IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1)   VICTOR VELAZQUEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  15-CV-00017-CVE-TLW |
| | ) | |
| (1)   HELMERICH & PAYNE INTERNATIONAL DRILLING CO., a Domestic For-Profit Corporation, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(ii), Plaintiff, Victor Velazquez, by and through his counsel of record, Oxford Lehr PLLC and E. Anthony Mareshie, PLLC, and Defendant, Helmerich & Payne International Drilling Co., by and through its counsel of record, Newton, O'Connor, Turner & Ketchum, P.C., and hereby stipulate to a dismissal of all of Plaintiff's claims and causes of action against Defendant, and all of Defendant's claims and causes of action against Plaintiff in the above styled and numbered case, with prejudice, each party to bear its own attorneys' fees and costs.

Respectfully submitted,

*Benjamin Oxford*\* _____
Benjamin Oxford, OBA # 22259
Hans Otto Lehr, OBA # 30622
Oxford Lehr, PLLC
9 East Fourth Street, Suite 600
Tulsa, OK 74103
(918) 884-6016 – Telephone
(888) 424-7080 – Facsimile
ben@oxfordlehr.com
hans@oxfordlehr.com

*\*Signed by Filing Attorney with permission of Plaintiff's Attorneys.*

        Tony Mareshie, OBA # 18180
        E. Anthony Mareshie, PLLC
        PO Box 330161
        Tulsa, OK 74133
        tulsalegal@gmail.com
        (918) 519-3771 – Telephone
        (918) 970-6927 - Facsimile

**ATTORNEYS FOR PLAINTIFF**

NEWTON, O'CONNOR, TURNER & KETCHUM,
A PROFESSIONAL CORPORATION

By:/s/ W. Kirk Turner
    W. Kirk Turner, OBA #13791
    Rachel B. Crawford, OBA #20662
    Harrison M. Kosmider, OBA #32036
    Kevin P. Simpson, OBA #32120
    15 West 6th Street, Suite 2700
    Tulsa, Oklahoma 74119
    (918) 587-0101
    (918) 587-0102 (facsimile)

kturner@newtonoconnor.com
rcrawford@newtonoconnor.com
hkosmider@newtonoconnor.com
ksimpson@newtonoconnor.com

**ATTORNEYS FOR DEFENDANT, HELMERICH & PAYNE INTERNATIONAL DRILLING CO.**